# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 08-3798

Jeremy Braden,

Appellant

v.

Wal-Mart Stores, Inc., et al.,

Appellees

------------------------------

Secretary of Labor,

Amicus on Behalf of Appellant

Erisa Industry Committe, et al.,

Amici on Behalf of Appellee

_____

Appeal from U.S. District Court for the Western District of Missouri - Springfield
(6:08-cv-03109-GAF)
_____

**MANDATE**

In accordance with the opinion and judgment of 11/25/2009, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

January 14, 2010

Clerk, U.S. Court of Appeals, Eighth Circuit