# EXHIBIT A

Case 6:08-cv-03109-GAF   Document 85-1   Filed 04/21/10   Page 1 of 33




## ERISA LITIGATION GROUP



Keller Rohrback L.L.P.   1201 Third Avenue  Suite 3200   Seattle, WA 98101 | 206.623.1900

Keller Rohrback L.L.P.  770 Broadway  Second Floor  New York, NY 10003 | 646.495.6198

Keller Rohrback P.L.C.   3101 North Central Avenue   Suite 1400   Phoenix, AZ 85012 | 602.248.0088

www.ERISAfraud.com

www.KRClassAction.com

 

# LEADERS IN ERISA CLASS ACTION LITIGATION

KELLER ROHRBACK is the nation's leading law firm handling ERISA retirement plan litigation on behalf of plaintiffs. Our ERISA Litigation Group has been instrumental in pioneering this cutting-edge field of law in the *IKON*, *Lucent*, and *Enron* ERISA cases, the first large-scale ERISA 401(k) breach of fiduciary duty lawsuits of their kind. We are widely reported as an ERISA "powerhouse."

On behalf of our clients, Keller Rohrback has played a major role in establishing that ERISA's strict fiduciary duties apply to companies' investment of employees' retirement savings in the stock of the employers. Our efforts have resulted in numerous published decisions upholding plaintiffs' ERISA claims, granting class certification, and approving several multi-million dollar settlements. In all, to date, Keller Rohrback has recovered over $900 million for employees on behalf of their retirement savings plans.

Federal courts throughout the country have recognized Keller Rohrback's qualifications to vigorously pursue ERISA class action claims. Thus, Keller Rohrback has served in a leadership position in almost every major ERISA breach of fiduciary duty case involving 401(k) and ESOP plans, including ERISA litigation against the following corporations:

*Founded in 1919, today Keller Rohrback has 53 attorneys and 88 staff members who provide expert legal services to our clients nationwide. We use cutting-edge technology and case management techniques in the preparation and trial of complex cases. Our excellent support staff includes in-house programming personnel and experienced paralegals who contribute significantly to our ability to effectively and efficiently litigate complex class action cases nationwide. The firm's ERISA Litigation Group regularly calls on firm attorneys in other practice areas for expertise in bankruptcy, contracts, employment law, executive compensation, corporate transactions, financial institutions, insurance coverage, mergers and acquisitions, professional malpractice, and securities transactions. The firm's in-house access to these resources distinguishes Keller Rohrback from other class action firms and also contributes to the firm's success.*

- *AIG*
- *Bear Stearns Cos. Inc.*
- *Beazer Homes USA*
- *BellSouth*
- *CIGNA*
- *CMS Energy*
- *Colonial BancGroup, Inc.*
- *Constellation Energy Group*
- *Countrywide Financial*
- *Delphi*
- *Dynegy*
- *Enron*

- *Ford Motor Co.*
- *Fremont General Corp.*
- *Global Crossing*
- *Goodyear Tire & Rubber Co.*
- *HealthSouth*
- *Household Int'l*
- *IndyMac*
- *Krispy Kreme Doughnut*
- *Lucent Technologies*
- *Marsh & McLennan*
- *Merck*
- *Merrill Lynch*
- *Mirant*

- *Pfizer*
- *Polaroid*
- *Providian*
- *Regions Financial Corp.*
- *Southern Company*
- *State Street*
- *Syncor*
- *Visteon*
- *Wachovia Corp.*
- *Washington Mutual, Inc.*
- *Williams Companies*
- *WorldCom*
- *Xerox*

**Keller Rohrback L.L.P. Seattle, WA**
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

**Keller Rohrback L.L.P. New York, NY**
770 Broadway, 2nd Floor
New York, New York 10003
Telephone: (646) 495-6198
Facsimile: (646) 495-6197

**Keller Rohrback P.L.C. Phoenix, AZ**
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
Telephone: (602) 248-0088
Facsimile: (602) 248-2822



www.ERISAfraud.com     www.KRClassAction.com

 
## Pioneering ERISA 401(k) and ESOP Cases

*In re Enron Corp. ERISA Litigation*, MDL No. 1446 (S.D. Tex.) Keller Rohrback served as Co-Lead Counsel in this class action filed in the Southern District of Texas on behalf of participants and beneficiaries of the Enron Corporation Savings Plan, a 401(k) plan and ESOP plan. On September 30, 2003, Judge Melinda Harmon denied defendants' numerous motions to dismiss in a landmark decision that addressed in detail defendants' obligations as ERISA fiduciaries, and upheld plaintiffs' core ERISA claims. Judge Harmon subsequently granted plaintiffs' motion for class certification and affirmed Keller Rohrback as Co-Lead Counsel. Plaintiffs have achieved settlements totaling more than $264 million in cash for the Enron plan participants.

*In re Lucent Technologies, Inc. ERISA Litigation*, No. 01-03491 (D.N.J.). Keller Rohrback was appointed Co-Lead Counsel in this class action brought on behalf of participants and beneficiaries of the Lucent defined contribution plans that invested in Lucent stock. The complaint alleged that the defendants withheld and concealed material information from participants, thereby encouraging participants and beneficiaries to continue to make and to maintain substantial investments in company stock and the plans. The settlement provided for, among other relief, the payment of $69 million in cash and stock to the plan. Judge Joel Pisano approved the settlement on December 12, 2003.

*Whetman v. IKON Office Solutions, Inc.*, MDL No. 10-01318 (E.D. Pa.) The current wave of 401(k) company stock cases began with *Whetman v. IKON Office Solutions, Inc.*. In a first-of-its-kind complaint, we alleged that company stock was an imprudent investment for the plan, that the fiduciaries of the plan failed to provide complete and accurate information concerning company stock to the participants, and that they failed to address their conflicts of interest. This case resulted in ground-breaking opinions in the ERISA 401(k) area of law on motions to dismiss, class certification, approval of securities settlements with a carve-out for ERISA claims, and approval of ERISA settlements.

*In re WorldCom, Inc. ERISA Litigation*, No. 02-04816 (S.D.N.Y.). Keller Rohrback served as Lead Counsel in this class action filed in the Southern District of New York on behalf of participants and beneficiaries of the WorldCom 401(k) Salary Savings Plan. On June 17, 2003, Judge Denise Cote denied in part defendants' motions to dismiss and on October 4, 2004, granted plaintiffs' motion for class certification. Settlements providing for injunctive relief and payments of over $48 million to the plan were approved on October 26, 2004 and November 21, 2005.

Keller Rohrback L.L.P. Seattle, WA
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

Keller Rohrback L.L.P. New York, NY
770 Broadway, 2nd Floor
New York, New York 10003
Telephone: (646) 495-6198
Facsimile: (646) 495-6197

Keller Rohrback P.L.C. Phoenix, AZ
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
Telephone: (602) 248-0088
Facsimile: (602) 248-2822

www.ERISAfraud.com     www.KRClassAction.com

 2

Case 6:08-cv-03109-GAF   Document 85-1   Filed 04/21/10   Page 4 of 33

 
# *Groundbreaking ERISA 401(k) and ESOP Settlements*

Keller Rohrback's qualifications to lead ERISA 401(k) and ESOP class actions is nowhere more evident than in the highly favorable settlements it has achieved for the benefit of employees in several of its nationally prominent cases. In addition to the *Enron, WorldCom, IKON,* and *Lucent* settlements discussed above, these settlements include:

***In re AIG ERISA Litigation,*** No. 04-09387 (S.D.N.Y.). On December 12, 2006, the late Judge John E. Sprizzo denied defendants' motion to dismiss. On October 8, 2008, Judge Kevin T. Duffy, for Judge Sprizzo, issued final approval of the $25 million settlement negotiated by the parties.

***Alvidres v. Countrywide Financial Corp.,*** No. 07-05810 (C.D. Cal.). On November 16, 2009, Judge John F. Walter granted final approved of the $55 million settlement.

***In re BellSouth Corporation ERISA Litigation,*** No. 02-02440 (N.D. Ga.). On March 4, 2004, Judge J. Owen Forrester denied defendants' motion to dismiss. On December 5, 2006, Judge Forrester approved a settlement that provided structural relief for the plans valued at up to $90 million, plus attorneys fees and costs.

***In re CMS Energy ERISA Litigation,*** No. 02-72834 (E.D. Mich.). On March 31, 2004, Judge George Caram Steeh denied defendants' motions to dismiss. On December 27, 2004, Judge Steeh granted plantiffs' motion for class certification and subsequently approved the $28 million settlement negotiated by the parties.

***Cokenour v. Household International, Inc.,*** No. 02-07921 (N.D. Ill.). On March 31, 2004, Judge Samuel Der-Yeghiayan denied, in part, defendants' motions to dismiss. The case subsequently settled for $46.5 million in cash to the plan. The court approved the settlement on November 22, 2004.

***In re Dynegy, Inc. ERISA Litigation,*** No. 02-03076 (S.D. Tex.). On March 5, 2004, the court denied, in part, defendants' motions to dismiss. Subsequently, the parties reached a settlement that provided for the payment of $30.75 million in cash to the plan. On December 10, 2004, Judge Sim Lake approved the settlement.

***In re Global Crossing Ltd. ERISA Litigation,*** No. 02-07453 (S.D.N.Y.). The *Global Crossing ERISA Litigation* settlement provided for, among other relief, the payment of $79 million to the plan. Judge Gerard Lynch approved the settlement on November 10, 2004.

Keller Rohrback L.L.P. Seattle, WA
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

Keller Rohrback L.L.P. New York, NY
770 Broadway, 2nd Floor
New York, New York 10003
Telephone: (646) 495-6198
Facsimile: (646) 495-6197

Keller Rohrback P.L.C. Phoenix, AZ
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
Telephone: (602) 248-0088
Facsimile: (602) 248-2822



 
***In re The Goodyear Tire & Rubber Company ERISA Litigation,*** No. 03-02180 (N.D. Ohio). On July 6, 2006, Judge John R. Adams denied defendants' motions to dismiss. On October 22, 2008, the Court issued final approval of the $8.375 million settlement.

***In re HealthSouth Corp. ERISA Litigation,*** No. 03-01700 (N.D. Ala.). On June 28, 2006, Judge Karon Bowdre approved a settlement in the amount of $28.875 million, with a possible additional $1 million from any HealthSouth recovery in the derivative action.

***In re Marsh ERISA Litigation,*** No. 04-8157, (S.D.N.Y.). On December 14, 2006, the Honorable Shirley Wohl Kram issued an order in which she granted in part and denied in part the Defendants' Motions to Dismiss. The parties subsequently reached a settlement in the amount of $35 million, which was approved by the Court on January 29, 2010.

***In re Merrill Lynch & Co., Inc. Securities, Derivative & ERISA Litigation,*** No. 07-10268 (S.D.N.Y.). On August 21, 2009, Judge Jed S. Rakoff granted final approval of the $75 million settlement in the ERISA action.

***In re Mirant Corporation ERISA Litigation,*** No. 03-01027 (N.D. Ga.). On November 16, 2006, the Court approved the settlement, including a payment of $9.7 million in cash to the plan for losses suffered by the certified settlement class.

***In re Polaroid ERISA Litigation,*** No. 03-08335 (S.D.N.Y.). On March 31, 2005, Judge William H. Pauley III granted in part and denied in part defendants' motion to dismiss. On September 29, 2006, Judge Pauley granted plaintiffs' motion for class certification. The parties subsequently reached a settlement in the amount of $15 million, which was approved by the Court on June 25, 2007.

***In re Providian Financial Corp. ERISA Litigation,*** No. 01-05027 (N.D. Cal.). The *Providian ERISA Litigation* settlement provided for structural changes to the plan, as well as the payment of $8.6 million in cash to the plan. The Court approved the settlement on June 30, 2003.

***Smith v. Krispy Kreme Doughnut Corporation,*** No. 05-06187 (M.D.N.C.). The Krispy Kreme ERISA Litigation settlement provided for structural changes to the plan, as well as the payment of $4.75 million in cash. On January 10, 2007, Judge William L. Osteen approved the settlement.

Keller Rohrback L.L.P. Seattle, WA
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

Keller Rohrback L.L.P. New York, NY
770 Broadway, 2nd Floor
New York, New York 10003
Telephone: (646) 495-6198
Facsimile: (646) 495-6197

Keller Rohrback P.L.C. Phoenix, AZ
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
Telephone: (602) 248-0088
Facsimile: (602) 248-2822

www.ERISAfraud.com    www.KRClassAction.com

**KR**  4

Case 6:08-cv-03109-GAF    Document 85-1    Filed 04/21/10    Page 6 of 33

 
***Spivey v. Southern Co., et al.,*** No. 04-01912 (N.D. Ga.). On August 14, 2007, the Court granted final approval of the settlement, including a payment of $15 million in cash to the plan for losses suffered by the certified settlement class.

***In re Syncor ERISA Litigation,*** No. 03-02446 (C.D. Cal.). On August 23, 2004, Judge Baird denied, in part, defendants' motions to dismiss. Judge Baird subsequently granted plaintiffs' motion for class certification on March 28, 2005. The case settled, but was dismissed on summary judgment before the settlement could be approved. On February 19, 2008, the Ninth Circuit Court of Appeals reversed the district court's decision and remanded the case for further proceedings consistent with the Court's order. On October 22, 2008, Judge R. Gary Klausner granted final approval of the settlement, including a payment of $4 million in cash to the plan for losses suffered by the certified class.

***In re Visteon Corporation ERISA Litigation,*** No. 05-71205 (E.D. Mich.). On March 9, 2007, Judge Avern Cohn approved a settlement in the amount of $7.6 million.

***In re Williams Companies ERISA Litigation,*** No. 02-00153 (N.D. Okla.). On November 16, 2005, the Court approved the settlement for $55 million in cash, plus equitable relief in the form of a covenant that Williams will not take any action to amend the plan to (i) reduce the employer match thereunder below four percent prior to January 1, 2011, or (ii) require that the employer match be restricted in company stock prior to January 1, 2011.

***In re Xerox Corporation ERISA Litigation,*** No. 02-01138 (D. Conn.). Since 2007, Judge Alvin Thompson has issued two opinions denying in significant part defendants' motions to dismiss. On April 14, 2009, Judge Thompson approved the $51 million settlement negotiated by the parties.

## Pending ERISA Cases

In addition to the cases listed above, Keller Rohrback has been appointed to a leadership position in numerous other ongoing ERISA 401(k) and ESOP class actions. Through these cases, Keller Rohrback has again and again demonstrated its expertise in ERISA law, and its ability to vigorously, creatively, and successfully pursue employees' rights under ERISA. Keller Rohrback's leading role in the development of this law is unique and distinguishes the firm from any other in the country. Notable pending cases include:

Keller Rohrback L.L.P. Seattle, WA
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

Keller Rohrback L.L.P. New York, NY
770 Broadway, 2nd Floor
New York, New York 10003
Telephone: (646) 495-6198
Facsimile: (646) 495-6197

Keller Rohrback P.L.C. Phoenix, AZ
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
Telephone: (602) 248-0088
Facsimile: (602) 248-2822

www.ERISAfraud.com
www.KRClassAction.com



  **ERISA LITIGATION GROUP**

# ERISA 401(k) and ESOP Cases

Keller Rohrback is proud to have an unparalleled track record of assisting our clients allege highly technical claims, including the following: (1) failure to prudently and loyally manage the plan and plan assets; (2) failure to provide complete and accurate information regarding company stock to plan participants; and (3) failure to prudently monitor plan fiduciaries. We are honored that courts nationwide have repeatedly praised Keller Rohrback's leadership and successful results in this highly complex and rapidly developing area of law.

> "[Keller Rohrback] has performed an important public service in this action and has done so efficiently and with integrity . . . [Keller Rohrback] has also worked creatively and diligently to obtain a settlement from WorldCom in the context of complex and difficult legal questions . . . [Keller Rohrback] should be appropriately rewarded as an incentive for the further protection of employees and their pension plans not only in this litigation but in all ERISA actions." *In re WorldCom, Inc. ERISA Litig., 59 Fed. R. Serv. 3d 1170, 33 Empl. Benefits Cas. (BNA)* 2291 (S.D.N.Y. Oct. 18, 2004).

> "The Court finds that [Keller Rohrback] is experienced and qualified counsel who is generally able to conduct the litigation as Lead Counsel on behalf of the putative class. Keller Rohrback has significant experience in ERISA litigation, serving as Co-Lead Counsel in the Enron ERISA litigation, the Lucent ERISA litigation, and the Providian ERISA litigation, and experience in complex class action litigation in other areas of the law. Mr. Sarko's presentation at the August 26, 2002 hearing before the Court evidences Keller Rohrback's ability to adequately represent the class." *In re Williams Cos. ERISA Litig.*, No. 02-153 (N.D. Okla. Oct. 18, 2002) (order appointing Lead Counsel).

> "Keller Rohrback presents the most compelling case for appointment as interim lead class counsel based on . . . its extensive experience handling ERISA class actions." *In Re Wachovia Corp. ERISA Litig.*, No. 08-5320, 2008 WL 5480534 (S.D.N.Y. Dec. 24, 2008).

Keller Rohrback L.L.P. Seattle, WA
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

Keller Rohrback L.L.P. New York, NY
770 Broadway, 2nd Floor
New York, New York 10003
Telephone: (646) 495-6198
Facsimile: (646) 495-6197

Keller Rohrback P.L.C. Phoenix, AZ
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
Telephone: (602) 248-0088
Facsimile: (602) 248-2822

KR 6

www.ERISAfraud.com          www.KRClassAction.com

Case 6:08-cv-03109-GAF   Document 85-1   Filed 04/21/10   Page 8 of 33

 
*In re American International Group, Inc. ERISA Litigation II,* No. 08-05722 (S.D.N.Y.). On March 19, 2009, Keller Rohrback was appointed Interim Co-Lead Counsel to represent the proposed class of participants and beneficiaries of the AIG Incentive Savings Plan. On June 26, 2009, plaintiffs filed a consolidated amended complaint.

*In re Bear Stearns Cos., Inc. ERISA Litigation,* No. 08-02804 (S.D.N.Y.). On December 29, 2008, Keller Rohrback was appointed Interim Co-Lead Counsel to represent the proposed class of participants and beneficiaries of The Bear Stearns Cos. Inc. Employee Stock Ownership Plan. On April 20, 2009, Co-Lead Counsel filed an amended consolidated complaint.

*In re Beazer Homes USA, Inc. ERISA Litigation,* No. 07-00952 (N.D. Ga.). On October 11, 2007, Keller Rohrback was appointed Interim Co-Lead Counsel, and on June 27, 2008, plaintiffs filed a consolidated amended complaint.

*Buus, et al. v. WaMu Pension Plan, et al.,* No. 07-00903 (W.D. Wash.). On December 18, 2007, Judge Marsha J. Pechman granted, in part, and denied, in part, defendants' motion to dismiss amended complaint. On July 24, 2008, Judge Pechman certified a class of participants in the pension plans sponsored by Washington Mutual, Inc. ("Washington Mutual") and three predecessor banks in the U.S. District Court for the Western District of Washington. This class action suit alleges that Washington Mutual and the predecessor banks failed to provide adequate notice to plan participants that pension plan amendments involving conversions to cash balance plan formulas reduced their rate of future benefit accrual.

*In re Colonial BancGroup, Inc. ERISA Litigation,* No. 09-00792 (M.D. Ala.). On November 24, 2009, Judge Myron H. Thompson consolidated the related ERISA actions and appointed Keller Rohrback Interim Co-Lead Counsel. On January 11, 2010, plaintiffs field an amended consolidated complaint.

*In re Constellation Energy, Inc. ERISA Litigation,* No. 08-02662 (D. Md.). On January 27, 2009, Keller Rohrback was appointed Interim Co-Lead Class Counsel to represent the proposed class of participants and beneficiaries of the Constellation Energy Group, Inc. Employee Savings Plan and the Represented Employee Savings Plan for Nine Mile Point. On May 18, 2009, plaintiffs filed a consolidated amended class action complaint.

*In re Ford Motor Company ERISA Litigation,* No. 06-11718 (E.D. Mich.) On December 22, 2006, the Court appointed Keller Rohrback Interim Co-Lead Counsel. A consolidated complaint was filed on April 30, 2007. On December 22, 2008, Judge Stephen J. Murphy III issued an order in which he denied defendants' motion to dismiss.

Keller Rohrback L.L.P. Seattle, WA
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

Keller Rohrback L.L.P. New York, NY
770 Broadway, 2nd Floor
New York, New York 10003
Telephone: (646) 495-6198
Facsimile: (646) 495-6197

Keller Rohrback P.L.C. Phoenix, AZ
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
Telephone: (602) 248-0088
Facsimile: (602) 248-2822

www.ERISAfraud.com                    www.KRClassAction.com



 
***In re Fremont General Corporation Litigation,*** No. 07-02693 (C.D. Cal.). On August 17, 2007, Judge Florence-Marie Cooper appointed Keller Rohrback sole Interim Lead Counsel, and on May 29, 2008, Judge Cooper denied defendants' motion to dismiss.

***Ingram v. Health Management Associates, Inc., et al.,*** No. 07-00529 (M.D. Fla.). The Court consolidated the related ERISA actions and on June 10, 2009, Keller Rohrback was appointed as a member of the Interim Lead Counsel Committee. On July 27, 2009, plaintiffs filed their consolidated complaint.

***In re IndyMac ERISA Litigation,*** No. 08-04579 (C.D. Cal.). On October 7, 2008, Judge Dean D. Pregerson consolidated the various pending ERISA cases and appointed Keller Rohrback as Interim Co-Lead Counsel in the ERISA matter. A consolidated complaint was filed on January 5, 2009.

***Lilly, et al. v. Oneida Ltd. Employee Benefits Admin. Committee, et al.,*** No. 07-00340 (N.D.N.Y.). On May 8, 2008, Judge Neal P. McCurn issued an order in which he denied defendants' motion to dismiss. The order allows plaintiffs to pursue their claims against defendants.

***In re Merck & Co., Inc. "ERISA" Litigation,*** MDL No. 1658 (D.N.J.). On July 11, 2006, Judge Stanley R. Chesler granted in part and denied in part defendants' motions to dismiss. On February 9, 2009, Judge Chesler granted in part and denied in part plaintiffs' motion for class certification. Judge Chelser certified a class consisting of:

> [E]very person, other than Defendants, who was a participant in, or beneficiary of, the Merck & Co., Inc. Employee Savings & Security Plan, the Merck & Co., Inc. Employee Stock Purchase & Savings Plan, the Merck Puerto Rico Employee Savings & Security Plan and the Merck-Medco Managed Care, LLC 401(k) Savings Plan (collectively, the "Plans") at any time between October 1, 1998 and September 30, 2004; and whose Plan accounts invested in the Merck Common Stock Fund and/or Merck common stock; and who sustained a loss to his or her Plan account as a result of the investment in the Merck Common Stock Fund and/or Merck common stock; and who has not executed a settlement agreement releasing these claims.

***In re Pfizer ERISA Litigation,*** MDL No. 1688 (S.D.N.Y.). On October 21, 2005, the Court appointed Keller Rohrback as sole Interim Lead Counsel. A consolidated class action complaint was filed on June 5, 2006. On March 20, 2009, the Honorable Laura T. Swain issued an order in which she denied in large part defendants' motion to dismiss.

Keller Rohrback L.L.P. Seattle, WA
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

Keller Rohrback L.L.P. New York, NY
770 Broadway, 2nd Floor
New York, New York 10003
Telephone: (646) 495-6198
Facsimile: (646) 495-6197

Keller Rohrback P.L.C. Phoenix, AZ
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
Telephone: (602) 248-0088
Facsimile: (602) 248-2822

www.ERISAfraud.com     www.KRClassAction.com



8

 
*In re Regions Morgan Keegan ERISA Litigation,* No. 08-2192 (W.D. Tenn.). On October 8, 2008, Judge Samuel H. Mays appointed Keller Rohrback as Interim Co-Lead Counsel to represent the proposed class of participants and beneficiaries of the Regions Financial Corp. 401(k) Plan, the AmSouth Bancorp Thrift Plan, and the Legacy Regions Plan. Co-Lead Counsel filed a consolidated amended complaint on February 24, 2009, opposed defendants' motions to dismiss on June 11, 2009, and moved for leave to file a supplemental complaint on July 29, 2009. Defendants' motions to dismiss and plaintiffs' motion for leave to file a supplemental complaint are currently pending.

*In re State Street Bank and Trust Co. ERISA Litigation,* No. 07-08488 (S.D.N.Y.). On February 19, 2010, Judge Richard J. Holwell granted final approval of the $89.75 million settlement in the ERISA action.

*In re Wachovia Corp. ERISA Litigation,* No. 09-00262 (W.D.N.C.). On December 24, 2008, Keller Rohrback was appointed Interim Lead Counsel, and on September 18, 2009, plaintiffs filed their consolidated complaint.

*In re Washington Mutual, Inc. ERISA Litigation,* No. 07-01874 (W.D. Wash.). Judge Marsha J. Pechman consolidated the various pending ERISA cases and appointed Keller Rohrback Interim Co-Lead Counsel on May 20, 2008. On October 5, 2009, Judge Pechman issued an order granting in part and denying in part defendants' motions to dismiss the consolidated second amended complaint.

## Representative Securities Fraud Cases

In addition to its work in the ERISA arena, Keller Rohrback also has served as Lead or Co-Lead Counsel in a number of securities fraud class action cases where it has represented purchasers of securities.

*In re 2TheMart.com, Inc. Securities Litigation,* No. 99-01127 (S.D. Cal.). Keller Rohrback was appointed Co-Lead Counsel in this securities fraud class action and achieved a settlement of $2.7 million.

*In re Anicom, Inc. Securities Litigation,* No. 00-04391 (N.D. Ill.). Keller Rohrback was one of three counsel representing the State of Wisconsin Investment Board in this securities fraud class action. Counsel achieved settlements on behalf of the class and other parties in excess of $39 million.

*In re Apple, Inc. Derivative Litigation,* No. 06-04128 (N.D. Cal.). Keller Rohrback served on the Plaintiffs' Management Committee in the federal derivative shareholder action against nominal defendant Apple Computer, Inc. and current and former officers

Keller Rohrback L.L.P. Seattle, WA
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

Keller Rohrback L.L.P. New York, NY
770 Broadway, 2nd Floor
New York, New York 10003
Telephone: (646) 495-6198
Facsimile: (646) 495-6197

Keller Rohrback P.L.C. Phoenix, AZ
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
Telephone: (602) 248-0088
Facsimile: (602) 248-2822

www.ERISAfraud.com     www.KRClassAction.com

**KR** 9

Case 6:08-cv-03109-GAF     Document 85-1     Filed 04/21/10     Page 11 of 33

 
and members of Apple's Board of Directors. Plaintiffs alleged, among other things, breach of fiduciary duty, unjust enrichment, and gross mismanagement arising from the practice of backdating stock options granted between 1993 and 2001, which practice diverted millions of dollars of corporate assets to Apple executives. Counsel achieved a settlement that awarded $14 million to Apple—one of the largest cash recoveries in a stock backdating case—and requires Apple to adopt a series of unique and industry-leading corporate enhancements.

*In re Foundry Networks, Inc. Derivative Litigation,* No. 06-05598 (N.D. Cal.). Keller Rohrback was appointed Co-Lead Counsel in this federal derivative shareholder action against nominal defendant Foundry Networks, Inc., and current and former officers and members of Foundry's Board of Directors. Plaintiffs allege, among other things, breach of fiduciary duty, unjust enrichment, and gross mismanagement arising from the practice of backdating stock options granted between 2000 and 2003, diverting millions of dollars of corporate assets to Foundry executives. On February 20, 2009, the Court entered an order approving settlement.

*Getty, et al. v. Harmon, et al.,* No. 98-00178 (W.D. Wash.). This securities class action was brought on behalf of all people who purchased unregistered securities from defendants. The suit was settled in favor of the plaintiffs in the amount of $7 million.

*In re IKON Office Solutions, Inc. Securities Litigation,* MDL No. 10-01318 (E.D. Pa.). Keller Rohrback served as Co-Lead Counsel representing the City of Philadelphia and eight other lead plaintiffs in this certified class action alleging securities fraud. Class Counsel achieved the highest securities fraud settlement in the history of the Court by settling with defendant IKON Office Solutions, Inc. for $111 million. At that time, the settlement was listed as one of the "largest settlements in class-action securities-fraud lawsuits since Congress reformed securities litigation in 1995" by *USA Today.*

*Lasky v. Brown, et al.,* No. 99-1035 (M.D. La.). Keller Rohrback served as Co-Lead Counsel in this securities fraud class action, and secured a $20.5 million settlement.

*In re Scientific-Atlanta, Inc. Securities Litigation,* No. 01-01950 (N.D. Ga.). Keller Rohrback serves as Co-Lead Counsel in this case, in which plaintiffs allege that defendants engaged in a course of fraudulent conduct by misrepresenting and omitting material information pertaining to Scientific-Atlanta's financial results and by engaging in extensive channel stuffing in order to enable the company to meet its stated earnings expectations.

Keller Rohrback L.L.P. Seattle, WA
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

Keller Rohrback L.L.P. New York, NY
770 Broadway, 2nd Floor
New York, New York 10003
Telephone: (646) 495-6198
Facsimile: (646) 495-6197

Keller Rohrback P.L.C. Phoenix, AZ
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
Telephone: (602) 248-0088
Facsimile: (602) 248-2822

www.ERISAfraud.com

www.KRClassAction.com

 10

Case 6:08-cv-03109-GAF   Document 85-1   Filed 04/21/10   Page 12 of 33

 
*In re WorldPort Comm., Inc.,* No. 99-01817 (N.D. Ga.). Keller Rohrback played an active role in the prosecution of this securities fraud class action and secured settlements totaling $5,100,000.

## Other Representative Cases

*In re Carpet Antitrust Litigation,* No. 95-00193 (N.D. Ga.). This antitrust class action alleged a nationwide price-fixing conspiracy among the manufacturers and sellers of polypropylene carpet and was brought on behalf of purchasers of such carpet. Plaintiffs negotiated a successful settlement.

*In re Commercial Tissue Products Antitrust Litigation,* MDL No. 97-01189 (N.D. Fla.). This antitrust case involved allegations of a nationwide price-fixing conspiracy among the major manufacturers of facial tissue, toilet paper, paper towels, and related paper products used in "away from home" settings, such as office buildings, hotels, restaurants, and schools. Parties entered into a settlement agreement valued at $56.2 million in cash and coupons.

*Cox, et al. v. Microsoft Corp., et al.,* MDL No. 00-01332 (D. Md.). Keller Rohrback served on the Executive Committee of Plaintiffs' Counsel in this class action challenging Microsoft's monopolistic practices. A class of direct purchasers of operating system software achieved a settlement of $10.5 million in the United States District Court for the District of Maryland.

*In re Diet Drugs (Phentermine/Fenfluramine/Dexfenfluramine) Products Liability Litigation,* MDL No. 10-01203 (E.D. Pa.). These cases involved numerous plaintiffs in Washington and other states who were seeking medical monitoring and/or personal injury compensation in relation to their ingestion of the prescription diet drugs Pondimin and Phentermine (i.e. Fen-Phen) or Redux. Keller Rohrback served as class counsel for a certified medical monitoring class of Washington patients who ingested these diet drugs. In addition, the federal court judge in Philadelphia who supervised the national settlement and litigation appointed Lynn Lincoln Sarko, Keller Rohrback's managing partner, to serve as a member of the MDL 1203 Plaintiffs' State Liaison Counsel Committee. Keller Rohrback has represented numerous plaintiffs in pursuing individual personal injury claims through the American Home Products' Nationwide Class Action Diet Drug Settlement or through individual lawsuits brought in state or federal courts.

*Erickson v. Bartell Drug Co.,* No. 00-01213 (W.D. Wash.). This landmark case, won on summary judgment, established that a private employer excluding prescription contraception services from an otherwise extensive health insurance plan unlawfully discriminates under Title VII of the Civil Rights Act of 1964, as amended by the Pregnancy Discrimination Act.

Keller Rohrback L.L.P. Seattle, WA
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

Keller Rohrback L.L.P. New York, NY
770 Broadway, 2nd Floor
New York, New York 10003
Telephone: (646) 495-6198
Facsimile: (646) 495-6197

Keller Rohrback P.L.C. Phoenix, AZ
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
Telephone: (602) 248-0088
Facsimile: (602) 248-2822

www.ERISAfraud.com     www.KRClassAction.com

 11

Case 6:08-cv-03109-GAF   Document 85-1   Filed 04/21/10   Page 13 of 33

 

***In re the Exxon Valdez,*** No. 89-00095 (D. Alaska). Keller Rohrback represented fishermen, Alaska natives, municipalities, and other injured plaintiffs in this mass tort lawsuit arising out of the March 24, 1989, oil spill in Prince William Sound, Alaska. After a three-month jury trial, plaintiffs obtained a judgment of $5 billion in punitive damages—at the time the largest punitive damages verdict in U.S. history. Keller Rohrback played a leadership role during discovery and at trial, and was chosen to serve as administrator of both the Alyeska and Exxon Qualified Settlement Funds. The amount of punitive damages was subsequently reduced by the United States Supreme Court to $507.5 million, upon which interest was added. Keller Rohrback is currently distributing the punitive damages and interest via the Exxon Qualified Settlement Fund.

***Ferko, et al. v. NASCAR,*** No. 02-00050 (E.D. Tex.). Keller Rohrback was counsel for plaintiff in a lawsuit that charged NASCAR with breach of contract, unlawful monopolization, and of conspiring with International Speedway Corporation ("ISC") to restrain trade in violation of the antitrust laws. Keller Rohrback represented the shareholders of Speedway Motorsports, Inc. ("SMI"), a publicly traded company that owns six motorsports facilities, including Texas Motor Speedway ("TMS"). In May 2004, the parties reached a settlement agreement, pursuant to which, among other things, ISC sold North Carolina Speedway to SMI for $100.4 million and NASCAR sanctioned the Nextel Cup Series race previously hosted by Rockingham at TMS in the 2005 season. The settlement was approved by the United States District Court for the Eastern District of Texas.

***Lawrence, et al. v. Phillip Morris, Co., et al.,*** No. 94-01494 (E.D.N.Y.). This shareholder derivative class action alleged misrepresentations regarding various inventory and trade loading practices used to distort the timing of sales. The plaintiff class in this and a related case received in excess of $100 million in settlement.

***In re Linerboard Antitrust Litigation,*** MDL No. 1261 (E.D. Pa). The class actions in this litigation were resolved with the recovery of more than $202 million for the benefit of a class of businesses that purchased corrugated boxes and sheets. The combined settlements are the largest ever obtained in a price-fixing class action in the Eastern District of Pennsylvania and among the largest obtained in such a case nationally.

***In re Monosodium Glutamate Antitrust Litigation,*** MDL No. 00-01328 (D. Minn.). Keller Rohrback represented the plaintiff class in this case in the United States District Court for the District of Minnesota. About $124 million was recovered for the benefit of a class of businesses which purchased food flavor enhancers from suppliers in the U.S., Japan, Korea, and Taiwan. Businesses that participated in the recovery received nearly 200% of the amounts they were overcharged.

Keller Rohrback L.L.P. Seattle, WA
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

Keller Rohrback L.L.P. New York, NY
770 Broadway, 2nd Floor
New York, New York 10003
Telephone: (646) 495-6198
Facsimile: (646) 495-6197

Keller Rohrback P.L.C. Phoenix, AZ
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
Telephone: (602) 248-0088
Facsimile: (602) 248-2822

www.ERISAfraud.com          www.KRClassAction.com

 12

Case 6:08-cv-03109-GAF   Document 85-1   Filed 04/21/10   Page 14 of 33

 
***Rosted, et al. v. First USA Bank,*** No. 97-01482 (W.D. Wash.). This class action was filed on behalf of owners of credit cards issued by First USA Bank who signed up for "introductory rate" credit cards that were subject to false and deceptive "repricing." A settlement in this class action resulted in an automatic depricing benefit of over $50 million, plus over $36 million in benefits from other settlement-related offers.

***Salloway v. Malt-O-Meal Co.,*** No. 27-98-008931 (Minn. Dist. Ct. 4th Cir.). This nationwide product liability class action was brought on behalf of all people who consumed Defendant's salmonella-contaminated cereal. Plaintiffs negotiated a successful settlement.

***In re Vitamin Antitrust Litigation,*** MDL No. 1285 (D. D.C.). Keller Rohrback played an extensive role in trial preparation in this case, one of the largest and most successful antitrust cases in history. Chief Judge Thomas Hogan of the United States District Court for the District of Columbia certified two classes of businesses who directly purchased bulk vitamins and were overcharged as a result of a ten year global price-fixing and market allocation conspiracy. Through settlement and verdict, recoveries were achieved, including four major settlements between certain vitamin defendants and class plaintiffs. One landmark partial settlement totaled $1.1 billion.

Keller Rohrback L.L.P. Seattle, WA
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

Keller Rohrback L.L.P. New York, NY
770 Broadway, 2nd Floor
New York, New York 10003
Telephone: (646) 495-6198
Facsimile: (646) 495-6197

Keller Rohrback P.L.C. Phoenix, AZ
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
Telephone: (602) 248-0088
Facsimile: (602) 248-2822

www.ERISAfraud.com          www.KRClassAction.com

 13

Case 6:08-cv-03109-GAF   Document 85-1   Filed 04/21/10   Page 15 of 33

 
## *Lynn Lincoln Sarko*



Lynn Lincoln Sarko has been the managing partner of Keller Rohrback since 1991, where he leads the firm's nationally recognized Complex Litigation Group. An accomplished trial lawyer, he regularly serves as lead counsel in multi-party and class action lawsuits involving ERISA, employee benefits, antitrust, and securities fraud claims. Mr. Sarko first came to Seattle for a federal clerkship and returned after serving as an Assistant U.S. Attorney for the District of Columbia. He has been appointed lead or co-lead counsel in some of the most important ERISA company stock cases, including *Enron*, *WorldCom*, and *Global Crossing.* Additionally, Mr. Sarko serves or has served as lead or co-lead counsel in numerous other ERISA 401(k) plan, ESOP, and cash balance cases, such as *American International Group, Inc., Countrywide Financial Corp., Dell Inc., Delphi Corp., Ford Motor Co., Fremont General Corp., Goodyear Tire & Rubber Co., ING, JPMorgan Chase & Co., Marsh & McLennan Cos., Inc., Merck & Co., Inc., Merrill Lynch & Co., Inc., Pfizer, Inc., Southern Co., State Street Bank & Trust Co., Wal-Mart Stores, Inc., Xerox Corp., BellSouth, Dynegy, Inc., HealthSouth, Household International, Lucent Technologies, Inc., Mirant Corp., Polaroid, Williams Cos., Inc.,* and *Visteon.*

Mr. Sarko's ERISA practice focuses on prosecuting matters raising sophisticated ESOP and 401(k) plan issues, including ERISA preemption, fiduciary breaches, imprudent investment of plan assets, blackout period and mapping violations, plan asset diversification, prohibited transactions, directed trustee duties, and ERISA § 404 (c) defenses. He regularly appears in federal courts across the country, maintaining an active national ERISA litigation practice.

In addition to his ERISA work, Mr. Sarko has prosecuted a variety of class action lawsuits involving high profile matters including the Exxon Valdez oil spill, Microsoft civil antitrust case, and Fen-Phen/Redux diet drug litigation, as well as notable civil rights cases such as *Erickson v. Bartell Drug Co*., establishing a woman's right to prescription contraceptive health coverage. Additionally, Mr. Sarko has litigated numerous complex cases involving financial and accounting fraud, which have included some of the nation's largest accounting and investment firms.

Mr. Sarko received his undergraduate, business, and law degrees from the University of Wisconsin, where he served as the editor-in-chief of the law review and was selected by the faculty as the outstanding graduate of his law school class. Mr. Sarko is a featured speaker at many continuing education seminars and conferences nationwide.

*All other bios listed alphabetically*

Keller Rohrback L.L.P. Seattle, WA
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

Keller Rohrback L.L.P. New York, NY
770 Broadway, 2nd Floor
New York, New York 10003
Telephone: (646) 495-6198
Facsimile: (646) 495-6197

Keller Rohrback P.L.C. Phoenix, AZ
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
Telephone: (602) 248-0088
Facsimile: (602) 248-2822

www.ERISAfraud.com          www.KRClassAction.com

 14

Case 6:08-cv-03109-GAF   Document 85-1   Filed 04/21/10   Page 16 of 33

 

## Laurie Ashton



Laurie Ashton is a member of Keller Rohrback P.L.C., based in Phoenix, Arizona. Her practice emphasizes bankruptcy, commercial, ERISA, and environmental litigation. Ms. Ashton has been very active in the Arizona State Bar, having served on the Ethics Committee for six years, and frequently lectures on bankruptcy issues and other matters. Additionally, Ms. Ashton has taught semester courses in Advanced Chapter 11 Bankruptcy and Lawyering Theory and Practice at the ASU College of Law, and for several years running, has been a guest lecturer on Chapter 11 at Harvard Law School. She is the co-author of *Arizona Legal Forms: Limited Liability Companies and Partnerships*, 1996-2002. Following law school Ms. Ashton served as law clerk for the Honorable Charles G. Case, U.S. Bankruptcy Court, for the District of Arizona for two years. Ms. Ashton graduated from Arizona State University College of Law, where she has twice returned as an Adjunct Professor to teach semester courses in Lawyering Theory and Practice and Advanced Chapter 11. Ms. Ashton is admitted to practice in Arizona and Colorado.

## James A. Bloom



James Bloom is based in Keller Rohrback's Phoenix office. He practices in the firm's nationally recognized complex litigation group, focusing on ERISA litigation, and has worked on many landmark ERISA cases including *In re State Street Bank & Trust Co. ERISA Litigation* and *Johnson v. Couturier*. James graduated *cum laude* from Washington University School of Law in St. Louis, where he was an executive editor of the Washington University Law Review. He earned a B.A. in History and Philosophy from Tulane University. James also worked in the Civil Justice Clinic at Washington University, helping under-served individuals obtain needed legal services.

Keller Rohrback L.L.P. Seattle, WA
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

Keller Rohrback L.L.P. New York, NY
770 Broadway, 2nd Floor
New York, New York 10003
Telephone: (646) 495-6198
Facsimile: (646) 495-6197

Keller Rohrback P.L.C. Phoenix, AZ
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
Telephone: (602) 248-0088
Facsimile: (602) 248-2822

www.ERISAfraud.com    www.KRClassAction.com

 15

Case 6:08-cv-03109-GAF   Document 85-1   Filed 04/21/10   Page 17 of 33

 

## Gretchen Freeman Cappio



As a member of Keller Rohrback's Complex Litigation Group, Gretchen Cappio enjoys a diverse practice in the areas of consumer protection, ERISA, mutual funds, and employment litigation. She represents plaintiffs in several cutting-edge complex cases, including *In re Mattel, Inc.,* 588 F. Supp. 2d 1111 (C.D. Cal. 2008) (allowing the majority of consumers' claims related to lead-contaminated and hazardous magnetic toys to proceed), and *Braden v. Wal-Mart Stores, Inc.*, 588 F.3d 585 (8th Cir. 2009) (upholding plaintiff's claims alleging that excessive fees associated with the Plan's ten mutual funds resulted in losses of tens of millions of dollars in retirement savings, and that these funds—all retail off-the-shelf funds rather than lower-fee institutional class funds, most of which charged 12b-1 fees, and all of which paid revenue sharing to the Plan's trustee—were selected as a result of a flawed process). Ms. Cappio serves on the Plaintiffs' Steering Committee in *In re: Bisphenol-A (BPA) Polycarbonate Plastic Products Liability Litigation*, MDL No. 1967 (W.D. Mo.), consumer litigation in which plaintiffs assert claims for breach of the implied warranty of merchantability, fraudulent and negligent omissions of material fact, and unjust enrichment against certain plastic bottle manufacturers. Ms. Cappio also represented plaintiffs in *Erickson v. Bartell Drug Co.*, 141 F. Supp. 2d 1266 (W.D. Wash. 2001), in which the Honorable Robert S. Lasnik ruled that an employer violated Title VII of the Civil Rights Act when its coverage failed to cover prescription contraceptives on an equal basis as to other prescription drugs.

Ms. Cappio graduated from the University of Washington School of Law where she served as the Executive Comments Editor of *The Pacific Rim Law & Policy Journal*. She earned her B.A. degree *magna cum laude* from Dartmouth College, where she graduated Phi Beta Kappa and with honors. Ms. Cappio has been named a "Rising Star" three times by *Washington Law and Politics* in its annual review of the state's legal professionals.

Keller Rohrback L.L.P. Seattle, WA
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

Keller Rohrback L.L.P. New York, NY
770 Broadway, 2nd Floor
New York, New York 10003
Telephone: (646) 495-6198
Facsimile: (646) 495-6197

Keller Rohrback P.L.C. Phoenix, AZ
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
Telephone: (602) 248-0088
Facsimile: (602) 248-2822

www.ERISAfraud.com     www.KRClassAction.com

 16

Case 6:08-cv-03109-GAF   Document 85-1   Filed 04/21/10   Page 18 of 33


## *T. David Copley*



David Copley enjoys the art of advocacy. His career has encompassed product liability defense work, civil rights litigation, real property disputes, employment law litigation and counseling, mass torts, antitrust, breach of fiduciary duty and ERISA, consumer protection, the preparation and trial of several class action cases, and numerous appeals including, most recently, *In re Syncor ERISA Litigation*. Mr. Copley graduated from Northwestern University School of Law, where he served as an editor of the *Law Review*. He earned his B.A. at the University of Iowa, with Distinction and Honors in Political Science and English. In 1985, Mr. Copley was honored as Trial Lawyer of the Year for his work on behalf of injured fishermen and other class members in *In re the Exxon Valdez* oil spill litigation. He is admitted to practice in the states of Washington and Arizona, in the United States District Courts of Western Washington, Eastern Washington, Arizona, the Northern District of California, the United States Court of Appeals for the Ninth Circuit, and the United States Supreme Court.

## *Juli E. Farris*



Juli Farris focuses on securities fraud, breach of fiduciary duty, and antitrust litigation in state and federal courts. She has made significant contributions in cases such as *In re Catfish Antitrust, et al. v. Magnolia Processing, et al.*; *In re IKON Office Solutions, Inc. Securities Litigation*; *In re Anicom, Inc. Securities Litigation*; *Lasky v. Brown, et al. (United Companies securities litigation);* and *In re Worldcom, Inc. ERISA Litigation*, and most recently, stock option backdating cases against companies such as Apple Computer Inc., Zoran Corporation, and others. Prior to joining Keller Rohrback in 1991, Ms. Farris clerked for Judge E. Grady Jolly of the Fifth Circuit of the United States Court of Appeals and practiced law at the Washington, D.C. office of Sidley & Austin (now Sidley, Austin, Brown & Wood). She earned her B.A. in English and J.D. from Stanford University, where she was a Note Editor of the *Stanford Law Review*. Ms. Farris is admitted to practice in the state and federal courts in Washington, California, and the District of Columbia.

Keller Rohrback L.L.P. Seattle, WA
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

Keller Rohrback L.L.P. New York, NY
770 Broadway, 2nd Floor
New York, New York 10003
Telephone: (646) 495-6198
Facsimile: (646) 495-6197

Keller Rohrback P.L.C. Phoenix, AZ
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
Telephone: (602) 248-0088
Facsimile: (602) 248-2822

 **KR** 17

www.ERISAfraud.com    www.KRClassAction.com

Case 6:08-cv-03109-GAF   Document 85-1   Filed 04/21/10   Page 19 of 33



## Raymond J. Farrow



Ray Farrow's practice focuses on complex litigation with an emphasis on antitrust and consumer protection. Mr. Farrow has played a leading role litigating antitrust claims of anticompetitive conduct involving Microsoft, Thermus Aquaticus DNA Polymerase ("Taq"), NASCAR, Vitamins, Intel microprocessors, carbon black, and nurse compensation in various cities across the country. Mr. Farrow has also litigated claims for improperly withheld overtime in the package delivery and banking industries and state security claims arising from an alleged Ponzi scheme. Mr. Farrow graduated with high honors from the University of Washington School of Law, where he was articles editor of the *Washington Law Review*. Prior to law school, he was a member of the Economics faculty at Seattle University, the University of Washington, and Queen's University in Ontario, Canada. Mr. Farrow holds graduate degrees in economics from the University of Essex (U.K.) and Princeton University and has served for a number of years on the Executive Committee of the Consumer Protection, Antitrust & Unfair Business Practices Section of the Washington State Bar Association. Mr. Farrow is licensed to practice in Washington State.

## Eric J. Fierro



Eric Fierro is based in Keller Rohrback's Phoenix office and practices in the firm's nationally recognized complex litigation group. He has broad experience in electronic discovery and litigation support matters. While attending law school in the evening, Mr. Fierro worked full-time for the U.S. Attorney's Office for the District of Massachusetts. There he provided technical support for all criminal and civil units. In particular, Mr. Fierro supported the electronic discovery and trial consulting needs for the healthcare fraud, securities fraud, and other white collar crime units. He also worked as a part-time summer law clerk for the computer crime and intellectual property unit at the U.S. Attorney's office. Before joining Keller Rohrback, Mr. Fierro was a managing consultant with Huron Consulting Group, providing consultative services for complex electronic discovery and document review matters.

Keller Rohrback L.L.P. Seattle, WA
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
www.ERISAfraud.com

Keller Rohrback L.L.P. New York, NY
770 Broadway, 2nd Floor
New York, New York 10003
Telephone: (646) 495-6198
Facsimile: (646) 495-6197

Keller Rohrback P.L.C. Phoenix, AZ
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
Telephone: (602) 248-0088
Facsimile: (602) 248-2822
www.KRClassAction.com

KR 18

 
## *Laura R. Gerber*



Laura R. Gerber joined Keller Rohrback in 2005 and practices in the firm's nationally recognized complex litigation group where she handles a variety of cases in federal courts across the United States. Laura's practice focuses on class actions and derivative cases, and ranges from ERISA breach of fiduciary duty cases to mutual fund excessive fee cases to consumer class actions concerning the safety of children's products. Laura graduated from the University of Washington School of Law in 2003. While in law school, she concurrently received an M.P.A. degree from the Daniel J. Evans School of Public Affairs at the University of Washington and was a member of the Moot Court Honor Board.

## *Gary Gotto*



Gary Gotto is a member of Keller Rohrback P.L.C., based in Phoenix, Arizona. Mr. Gotto has held leadership positions in the Enron, Xerox Corp., Merrill Lynch, Delphi, CMS Energy Corp., Dynegy, Global Crossing, WorldCom, and IKON Office Solutions, Inc. ERISA litigations. In addition to his ERISA 401(k) class action expertise, Mr. Gotto has expertise in complex Chapter 11 bankruptcy litigation and issues, which has proven invaluable in cases in which defendants are also debtors in bankruptcy. He chaired the Arizona State Bar Subcommittee on Revising the Limited Partnership Act and co-authored *Arizona Legal Forms: Limited Liability Companies and Partnerships.* Mr. Gotto speaks and teaches regularly on a number of topics, including an annual real estate bankruptcy case study presented at Harvard Law School. He earned his J.D. from Arizona State University *summa cum laude*, where he was a member of the Order of the Coif and the Special Projects Editor of the *Arizona State Law Journal.* Mr. Gotto received his B.A. from the University of Pennsylvania *cum laude*. He is admitted to practice in the state of Arizona.

Keller Rohrback L.L.P. Seattle, WA
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

Keller Rohrback L.L.P. New York, NY
770 Broadway, 2nd Floor
New York, New York 10003
Telephone: (646) 495-6198
Facsimile: (646) 495-6197

Keller Rohrback P.L.C. Phoenix, AZ
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
Telephone: (602) 248-0088
Facsimile: (602) 248-2822

www.ERISAfraud.com
www.KRClassAction.com

 19

Case 6:08-cv-03109-GAF   Document 85-1   Filed 04/21/10   Page 21 of 33

 

## BIOGRAPHIES

### Gary D. Greenwald



Before joining Keller Rohrback's Phoenix office in 2006, Gary Greenwald practiced in Columbus, Ohio, where he was the senior litigation partner for the firms of Schottenstein, Zox, & Dunn and Shayne & Greenwald. He has a broad range of experience as a commercial litigator, having tried more than 200 cases in the federal and state courts across the U.S. Mr. Greenwald's trial experience includes securities litigation, ERISA breach of fiduciary duty claims, trademark litigation, trade secrecy claims, professional malpractice, and a wide range of contract and real estate disputes. He spent five years as an Adjunct Professor of Trial Law Practice at the Ohio State University College of Law and has been a frequent speaker on the subject of Employee Stock Ownership Plans. Mr. Greenwald received his B.A. from Miami University and his J.D. from Ohio State University College of Law.

### Amy N. L. Hanson



Amy N. L. Hanson's practice is focused on class action and other complex litigation, including products liability, breach of fiduciary duty, consumer protection, antitrust, and employment protection cases. Ms. Hanson has successfully represented plaintiff classes and individuals on a variety of issues in both state and federal courts, including *In re CMS Energy ERISA Litigation* and *Shaffer v. McFadden.* Ms. Hanson earned her J.D. from the University of Wisconsin, where she began litigating her first class action antitrust case as a 2L with Keller Rohrback through the law school's Consumer Litigation Clinic. She earned her B.A. degree *summa cum laude* in Economics and Political Science from the University of Minnesota. She is licensed to practice in Washington and Wisconsin and in the United States District Court of Western Washington, Eastern Washington, Eastern Michigan, and the Court of Appeals for the Ninth Circuit.

Keller Rohrback L.L.P. Seattle, WA
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

Keller Rohrback L.L.P. New York, NY
770 Broadway, 2nd Floor
New York, New York 10003
Telephone: (646) 495-6198
Facsimile: (646) 495-6197

Keller Rohrback P.L.C. Phoenix, AZ
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
Telephone: (602) 248-0088
Facsimile: (602) 248-2822

www.ERISAfraud.com    www.KRClassAction.com

 20

Case 6:08-cv-03109-GAF    Document 85-1    Filed 04/21/10    Page 22 of 33



## Ron Kilgard



Mr. Kilgard is a Phoenix native and member of Keller Rohrback, P.L.C., based in Phoenix, Arizona. He received an undergraduate degree from Harvard College and a master's degree from Harvard Divinity School, concentrating in Biblical Hebrew and other ancient Near Eastern languages, before returning home to Arizona for law school. Mr. Kilgard graduated from Arizona State University College of Law as the Editor-In-Chief of the law review and was selected by faculty as the outstanding graduate of his class. Upon earning his law degree, Mr. Kilgard clerked for the Hon. Mary Schroeder on the Ninth Circuit Court of Appeals before entering private practice. In over thirty years of practice, Mr. Kilgard has litigated a broad array of commercial and personal injury/wrongful death cases for both plaintiffs and defendants. In the last decade he has been extensively involved in litigating ERISA breach of fiduciary duty class action cases, especially those involving issues of company stock, including the Enron, WorldCom, and Global Crossings ERISA class actions.

## Sarah H. Kimberly



Sarah Kimberly's practice focuses on complex ERISA breach of fiduciary duty litigation. She has successfully litigated numerous class actions, including *Alvidres v. Countrywide Financial Corp.* Ms. Kimberly is also actively involved in *In re IndyMac ERISA Litigation*, *In re Fremont General Corp. Litigation*, and *In re Marsh ERISA Litigation*. Ms. Kimberly graduated from The George Washington University Law School, where she worked as a legal fellow in a community legal clinic and as a law clerk in the National Security Section of the United States Attorney's Office for the District of Columbia. Prior to law school, Ms. Kimberly worked as an editor at a major publishing company in Boston. She earned her B.A. in Art History from Dartmouth College, and is admitted to practice in Washington State and the Western District of Washington. Ms. Kimberly is also a member of the Washington State, King County, and American Bar Associations, as well as Washington Women Lawyers.

Keller Rohrback L.L.P. Seattle, WA
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

Keller Rohrback L.L.P. New York, NY
770 Broadway, 2nd Floor
New York, New York 10003
Telephone: (646) 495-6198
Facsimile: (646) 495-6197

Keller Rohrback P.L.C. Phoenix, AZ
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
Telephone: (602) 248-0088
Facsimile: (602) 248-2822

www.ERISAfraud.com      www.KRClassAction.com





# BIOGRAPHIES

## David J. Ko

David Ko practices in Keller Rohrback's nationally recognized complex litigation group, where he represents plaintiffs primarily in the areas of consumer protection and ERISA class action litigation. Prior to joining the firm, David completed a two year clerkship for the Honorable Ricardo S. Martinez, United States District Judge in the Western District of Washington. After earning his J.D at Seattle University School of Law, David obtained an LL.M. in Taxation at the University of Washington, where he represented low-income individuals against the IRS in the Federal Tax Clinic. During law school, he served as a Rule 9 intern for a local public defender's office, and also interned at a civil litigation firm. David received the top grade in his class in Constitutional Law and Legal Writing II, and was selected to the National Order of the Barristers for excellence in oral advocacy.



## Cari Campen Laufenberg

Cari Campen Laufenberg's practice focuses on complex litigation with an emphasis on ERISA litigation. She has made significant contributions in cases such as *In re Marsh ERISA Litigation*, *In re Williams Cos. ERISA Litigation*, *In re HealthSouth Corp. ERISA Litigation*, and *In re Goodyear Tire & Rubber Co. ERISA Litigation*. Ms. Laufenberg earned a J.D. and Masters of Public Administration from the University of Washington. During law school, she served as a judicial extern for U.S. District Court Judge Barbara Jacobs Rothstein. Ms. Laufenberg received her B.A. from the University of California, San Diego in Art History and Criticism. She is admitted to the bar of the State of Washington and the U.S. District Courts for the Western and Eastern Districts of Washington. She is a member of the King County Bar Association, Federal Bar Association, American Bar Association, American Association for Justice, and Washington Women Lawyers. Ms. Laufenberg was recognized in 2008 and 2009 as a "Rising Star" by *Washington Law and Politics* in its annual review of the State's legal professionals.



Keller Rohrback L.L.P. Seattle, WA
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

Keller Rohrback L.L.P. New York, NY
770 Broadway, 2nd Floor
New York, New York 10003
Telephone: (646) 495-6198
Facsimile: (646) 495-6197

Keller Rohrback P.L.C. Phoenix, AZ
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
Telephone: (602) 248-0088
Facsimile: (602) 248-2822

www.ERISAfraud.com    www.KRClassAction.com

 22


 
## Elizabeth A. Leland



Beth Leland's practice focuses on ERISA and securities fraud litigation. She is actively involved in, among other cases, the Ford ERISA Litigation, Merrill Lynch ERISA Litigation, Pfizer ERISA Litigation, and the Scientific-Atlanta Securities Litigation. Ms. Leland has made significant contributions in ERISA and securities cases such as *In re Apple, Inc. Derivative Litigation*, *In re Anicom, Inc. Securities Litigation*, *In re Dynegy, Inc. ERISA Litigation*, *In re IKON Office Solutions, Inc. Securities Litigation*, *In re Visteon Corporation ERISA Litigation* and the *In re Xerox Corporation ERISA Litigation*. She is an active member of the King County, Washington State, and American Bar Associations, including the American Bar Association's Section of Labor & Employment Law. She earned her B.A. in Business Administration with concentrations in Finance and Business Economics from the University of Washington and graduated *cum laude* from the University of Puget Sound School of Law. Ms. Leland is admitted to practice in Washington State and Federal Courts, as well as the Ninth and other Circuits across the country.

## Tana Lin



Tana Lin's practice includes representing employees in ERISA breach of fiduciary duty class actions, mutual fund shareholders in suits alleging breaches of fiduciary duty by investment advisors in violation of the Investment Company Act, and nurses in cases alleging that hospitals depressed their wages in violation of the Sherman Act. Ms. Lin began her career as a trial attorney with the Public Defender Service for the District of Columbia. She then joined and became a senior trial attorney with the Employment Litigation Section of the Civil Rights Division of the United States Department of Justice and, subsequently, the Equal Employment Opportunity Commission. She has prosecuted employment discrimination cases against governmental entities and private corporations such as Wal-Mart. Ms. Lin also developed and implemented impact projects to address systemic problems affecting the poor as the litigation coordinator for the Michigan Poverty Law Program. She received her A.B. with Distinction from Cornell University and her J.D. from New York University School of Law, where she was a Root-Tilden-Snow Scholar.

Keller Rohrback L.L.P. Seattle, WA
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

Keller Rohrback L.L.P. New York, NY
770 Broadway, 2nd Floor
New York, New York 10003
Telephone: (646) 495-6198
Facsimile: (646) 495-6197

Keller Rohrback P.L.C. Phoenix, AZ
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
Telephone: (602) 248-0088
Facsimile: (602) 248-2822

www.ERISAfraud.com          www.KRClassAction.com

 23

Case 6:08-cv-03109-GAF   Document 85-1   Filed 04/21/10   Page 25 of 33

 

## *Derek W. Loeser*



Derek Loeser is a partner in the firm's Complex Litigation Group. His practice focuses on ERISA class action and investment mismanagement cases and he serves as one of the lead counsel in many of the firm's nationally prominent breach of fiduciary duty class actions. He has obtained numerous favorable published decisions and substantial recoveries on behalf of employees, retirees, and retirement plans. In addition to his work on cases that have been resolved, including Enron, WorldCom, Countrywide, and Polaroid, Mr. Loeser currently serves as Lead or Co-Lead Counsel in several large-scale ERISA breach of fiduciary duty cases, including cases against *AIG, Wachovia, Washington Mutual, Wal-Mart, Ford,* and *State Street.* The cases involve allegations of imprudent investment in company stock in 401(k) and ESOP plans, as well as other types of investment mismanagement, excessive fees, and conflicts of interest.

Mr. Loeser is a member of the American Bar Association's Section of Labor & Employment Law and the Employee Benefits Committee as a Plaintiff attorney, and is a frequent speaker at national ERISA conferences. Before joining Keller Rohrback in 2002, he clerked for the Hon. Michael R. Hogan, United States District Court, District of Oregon, and was a trial attorney in the Employment Litigation Section of the Civil Rights Division of the United States Department of Justice in Washington, D.C. Mr. Loeser obtained his B.A. from Middlebury College, where he graduated *summa cum laude*, with highest departmental honors, and as a member of Phi Beta Kappa. He graduated with honors from the University of Washington School of Law. Mr. Loeser was named in 2007, 2008, and 2009 as a "Super Lawyer" among civil litigators and recognized in 2005 and 2006 as a "Rising Star" by *Washington Law and Politics* magazine in its annual review of the State's legal profession.

He is admitted to practice in Washington State, United States District Courts for the Western and Eastern Districts of Washington, the Eastern District of Michigan, Northern District of Illinois, United States Courts of Appeals for the Second, Sixth, Eighth, Ninth and Eleventh Circuits, and on a pro hac vice basis in federal district courts throughout the country.

Keller Rohrback L.L.P. Seattle, WA
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

Keller Rohrback L.L.P. New York, NY
770 Broadway, 2nd Floor
New York, New York 10003
Telephone: (646) 495-6198
Facsimile: (646) 495-6197

Keller Rohrback P.L.C. Phoenix, AZ
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
Telephone: (602) 248-0088
Facsimile: (602) 248-2822

www.ERISAfraud.com                www.KRClassAction.com

 24

Case 6:08-cv-03109-GAF   Document 85-1   Filed 04/21/10   Page 26 of 33

 

## *Gretchen S. Obrist*



Gretchen Obrist joined Keller Rohrback's complex litigation group in 2007. She has a broad federal court practice. Ms. Obrist has litigated ERISA fiduciary breach, cash balance pension plan, and excessive fee cases, as well as antitrust, RICO, consumer protection, and torts claims. While Ms. Obrist primarily represents plaintiffs, she has also represented defendants and third parties in complex cases. She has made significant contributions in *In Re Bear Stearns Cos. Inc. ERISA Litigation*, *Braden v. Wal-Mart Stores, Inc.*, and the Washington Mutual and J.P. Morgan pension plan litigations. Prior to joining Keller Rohrback, Ms. Obrist worked for two years as a law clerk to the Hon. John C. Coughenour, U.S. District Judge for the Western District of Washington. Ms. Obrist earned her J.D. from the University of Nebraska, where she was Editor-in-Chief of the *Nebraska Law Review*. During law school, Ms. Obrist worked at a public defender's office and the Nebraska Domestic Violence Sexual Assault Coalition. She also has worked on legal issues generated by welfare reform. Ms. Obrist was named a "Rising Star" by *Washington Law and Politics* in 2010. She is admitted to practice in Washington State.

Keller Rohrback L.L.P. Seattle, WA
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

Keller Rohrback L.L.P. New York, NY
770 Broadway, 2nd Floor
New York, New York 10003
Telephone: (646) 495-6198
Facsimile: (646) 495-6197

Keller Rohrback P.L.C. Phoenix, AZ
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
Telephone: (602) 248-0088
Facsimile: (602) 248-2822

www.ERISAfraud.com          www.KRClassAction.com

 25

Case 6:08-cv-03109-GAF   Document 85-1   Filed 04/21/10   Page 27 of 33

 

## *David S. Preminger*

David Preminger is a partner in the firm's Complex Litigation Group. His practice focuses on ERISA class action cases as well as individual benefit claims. He has been the lead counsel or co-counsel on numerous ERISA class action, breach of fiduciary duty cases with multi-million dollar settlements. While perhaps divulging too much, Mr. Preminger has been litigating ERISA cases on behalf of employees and retirees since the Act's passage in 1974. He also has extensive experience litigating anti-trust, real estate and general commercial and corporate matters. Mr. Preminger speaks frequently on issues concerning employee benefits litigation and is the co-chair of the Fiduciary Responsibility Subcommittee of the Labor and Employment Section of the American Bar Association and was previously the co-chair of the Subcommittee on ERISA Preemption and the Subcommittee on ERISA Reporting and Disclosure. Mr. Preminger has also served on the Employee Benefits Committee of the Association of the Bar of the City of New York and on that Association Committee on Legal Problems of the Elderly of which he was the chair of the Subcommittee on Pension and Welfare Benefit Plans. Mr. Preminger is also a senior editor of *Employee Benefits Law* (BNA), a widely used treatise on the subject, and has written law review articles on topics concerning ERISA as well. Mr. Preminger is also a charter member of the American College of Employee Benefits Counsel. Criteria for membership include at least 20 years of employee benefit experience including significant writing, lecturing and public service and recognition of the member by his or her peers for expertise in the field and intellectual excellence.

Prior to joining Keller Rohrback, Mr. Preminger was a partner at Rosen Preminger & Bloom LLP where his practice concentrated on ERISA litigation. Mr. Preminger was previously a Supervisory Trial Attorney for the Equal Employment Opportunity Commission, a Senior Attorney with Legal Services for the Elderly Poor and a Reginald Heber Smith Fellow with Brooklyn Legal Services.

**Education and Admissions**

Mr. Preminger received his B.A. degree in mathematics from Rutgers University in New Brunswick, NJ, and his law degree at New York University School of Law where he was a member of the *Journal of International Law & Politics*. He is admitted to the bar of the State of New York State and to the United States Supreme Court, the United States Courts of Appeal for the Second, Seventh, Ninth and District of Columbia Circuits, and the United States District Courts for the Southern, Eastern, Western and Northern Districts of New York.

## Erin M. Riley



Erin Riley's practice focuses on ERISA breach of fiduciary duty litigation. She has successfully litigated numerous class actions, including *In re Merrill Lynch & Co., Inc. ERISA Litigation*. Ms. Riley is also actively involved in *In re Washington Mutual, Inc., et al. ERISA Litigation*, *In re IndyMac ERISA Litigation*, and *In re Wachovia Corp. ERISA Litigation*. She graduated *cum laude* from the University of Wisconsin School of Law and was a managing editor of the *Wisconsin Law Review*. She received her B.A. in French and History from Gonzaga University, where she graduated *cum laude*. Ms. Riley is licensed to practice in both Washington and Wisconsin and is a member of the American Bar Association's Section of Labor & Employment Law and the Employee Benefits Committee as a plaintiff attorney. Ms. Riley was recognized in 2009 as a "Rising Star" by *Washington Law and Politics* in its annual review of the State's legal professionals.

Keller Rohrback L.L.P. Seattle, WA
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

Keller Rohrback L.L.P. New York, NY
770 Broadway, 2nd Floor
New York, New York 10003
Telephone: (646) 495-6198
Facsimile: (646) 495-6197

Keller Rohrback P.L.C. Phoenix, AZ
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
Telephone: (602) 248-0088
Facsimile: (602) 248-2822

www.ERISAfraud.com

www.KRClassAction.com



 

**BIOGRAPHIES**

## *Karin B. Swope*



Karin Swope practices in the firm's nationally recognized complex litigation group. Karin's practice focuses on ERISA and consumer class actions. Prior to joining the firm, Karin litigated commercial cases, primarily in the areas of intellectual property, and business disputes. She also has significant experience in responding to government enforcement activities, including white collar criminal prosecutions, federal civil enforcement actions, and government investigations, and has counseled clients on internal corporate investigations.

Karin is an Associate Editor of the *American Bar Association Tort, Trial, and Insurance Practice Law Journal*. She is also an adjunct professor at Seattle University School of Law where she teaches in the Art Law Clinic. She is a frequent speaker for Washington State Bar Association CLE programs.

Karin clerked for the Hon. John C. Coughenour, United States District Court, District of Western Washington from 1993 to 1995, and for the Hon. Robert E. Cowen, United States Court of Appeals for the Third Circuit from 1995 to 1996. She graduated Phi Beta Kappa with a B.A. in English and Political Science from Amherst College in 1987 and earned her J.D. from Columbia University School of Law in 1993, where she was Executive Articles Editor for the *Columbia Human Rights Law Review,* and a Harlan Fiske Stone Scholar and Paul Bernstein Award recipient. She has been recognized as a "Rising Star" by *Washington Law and Politics* Magazine.

Keller Rohrback L.L.P. Seattle, WA
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

Keller Rohrback L.L.P. New York, NY
770 Broadway, 2nd Floor
New York, New York 10003
Telephone: (646) 495-6198
Facsimile: (646) 495-6197

Keller Rohrback P.L.C. Phoenix, AZ
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
Telephone: (602) 248-0088
Facsimile: (602) 248-2822

www.ERISAfraud.com

www.KRClassAction.com

 28

Case 6:08-cv-03109-GAF   Document 85-1   Filed 04/21/10   Page 30 of 33



## Havila Unrein

Havila Unrein practices in Keller Rohrback's nationally recognized complex litigation group. Havila received a concurrent J.D./LL.M. (Tax), with honors, from the University of Washington School of Law in 2008. During law school, Havila provided tax and business advice to low-income entrepreneurs and high-tech start-ups as a student in the Entrepreneurial Law Clinic. She also served as an extern to the Hon. Stephanie Joannides of the Anchorage Superior Court. Prior to law school, Havila worked and studied abroad in Russia, Azerbaijan, and the Czech Republic. She received her B.A. in Russian Area Studies from Dartmouth College, where she graduated *magna cum laude*.



## Margaret E. Wetherald

Margie Wetherald is a partner of Keller Rohrback and serves on the firm's executive committee. Throughout her practice, Ms. Wetherald has handled complex litigation in multiple state and federal jurisdictions with a concentration on commercial insurance coverage and bad faith, ERISA breach of fiduciary duty, and class action litigation. Ms. Wetherald has also handled mass tort litigation involving transmission of AIDS to hemophiliacs through blood. She graduated from Cornell Law School. Ms. Wetherald taught at the Columbus School of Law at Catholic University in Washington, D.C. from 1983 to 1985. She chaired the Northwest Environmental Claims association at various times over a ten-year period and has been a frequent author and speaker on insurance coverage issues. She is admitted to practice in the United States Supreme Court, the United States Court of Appeals for the Ninth Circuit, the United States District Courts for Eastern and Western Washington and in the State Courts in Washington and Oregon.



Keller Rohrback L.L.P. Seattle, WA
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

Keller Rohrback L.L.P. New York, NY
770 Broadway, 2nd Floor
New York, New York 10003
Telephone: (646) 495-6198
Facsimile: (646) 495-6197

Keller Rohrback P.L.C. Phoenix, AZ
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
Telephone: (602) 248-0088
Facsimile: (602) 248-2822

www.ERISAfraud.com          www.KRClassAction.com

 29

Case 6:08-cv-03109-GAF   Document 85-1   Filed 04/21/10   Page 31 of 33

 
## *Amy Williams-Derry*



Since joining Keller Rohrback's Complex Litigation Group in 2005, Amy Williams-Derry has spearheaded numerous class action lawsuits for the firm, specializing in ERISA litigation on behalf of retirement plan beneficiaries and consumer protection cases. She has litigated at both the trial and appellate levels, and has successfully represented clients in mediation and arbitration before the National Labor Relations Board, the National Association of Securities Dealers, and the New York Stock Exchange. Prior to joining Keller Rohrback, Ms. Williams-Derry litigated in both the private and non-profit sectors, with a diverse background in corporate and environmental matters. Ms. Williams-Derry earned her A.B with honors from Brown University and her J.D. from the University of Virginia, where she served as Editor-in-Chief of the *Virginia Environmental Law Journal.* She is admitted to practice in the Western and Eastern Districts of Washington, the Eastern District of Michigan, and before the Second and Ninth Circuit Courts of Appeal. *Washington Law & Politics* magazine has named Ms. Williams-Derry a "Rising Star" among civil litigators every year from 2003 through 2009.

Keller Rohrback L.L.P. Seattle, WA
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
www.ERISAfraud.com

Keller Rohrback L.L.P. New York, NY
770 Broadway, 2nd Floor
New York, New York 10003
Telephone: (646) 495-6198
Facsimile: (646) 495-6197

Keller Rohrback P.L.C. Phoenix, AZ
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
Telephone: (602) 248-0088
Facsimile: (602) 248-2822
www.KRClassAction.com



30

 

**Additional Keller Rohrback attorneys working with the ERISA Litigation Group:**

**Corporate**

Stephen R. Boatwright*

Alicia M. Corbett*

Glen P. Garrison

Scott C. Henderson

Amy E. Hughes

Robert S. Over

Thomas A. Sterken

Benson D. Wong

**Banking**

Stephen R. Boatwright*

Alicia Corbett*

Glen P. Garrison

Thomas A. Sterken

**Bankruptcy**

John T. Mellen

Amy Phillips

**Securities**

Stephen R. Boatwright*

Alicia M. Corbett*

Rob J. Crichton

Juli E. Farris

Glen P. Garrison

Elizabeth A. Leland

Robert S. Over

William C. Smart

Michael D. Woerner

**Contracts**

Rob J. Crichton

Mark A. Griffin

Benjamin J. Lantz

John T. Mellen

Amy Phillips

David J. Russell

Mark D. Samson*

William C. Smart

Laurence R. Weatherly

**Employment Law**

Ian S. Birk

Rob J. Crichton

Benjamin J. Lantz

William C. Smart

Laurence R. Weatherly

Benson D. Wong

**Insurance Coverage**

Jason P. Chukas

Chloethiel W. DeWeese

Maureen M. Falecki

Irene M. Hecht

David J. Russell

Margaret E. Wetherald

**Professional Malpractice**

John Mellen

Laurence R. Weatherly

*Admitted to practice in the State of Arizona only.

Keller Rohrback L.L.P. Seattle, WA
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
www.ERISAfraud.com

Keller Rohrback L.L.P. New York, NY
770 Broadway, 2nd Floor
New York, New York 10003
Telephone: (646) 495-6198
Facsimile: (646) 495-6197

Keller Rohrback P.L.C. Phoenix, AZ
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
Telephone: (602) 248-0088
Facsimile: (602) 248-2822
www.KRClassAction.com