UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| JEREMY BRADEN, individually and on behalf of all others similarly situated,<br><br>         Plaintiff,<br><br> v.<br><br>WAL-MART STORES, INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INC., MERRILL LYNCH TRUST COMPANY OF AMERICA, MERRILL LYNCH & CO. INC., JAMES W. BREYER, JOHN A. COOPER, JR., STANLEY C. GAULT, FREDERICK S. HUMPHRIES, DAWN G. LEPORE, ELIZABETH A. (BETSY) SANDERS, DONALD G. SODERQUIST, JOSE H. VILLARREAL, JOHN T. WALTON, STEPHEN R. HUNTER, DEBBIE DAVIS CAMPBELL, JEFF AMOS, BILL AYERS, TERRI BERTSCHY, ELIZABETH BRANIGAN-EVANS, FRED DISCH, LARRY DUFF, SAM DUNN, DON ETHEREDGE, ROBIN FORBIS, SHARON GARMON, ERIN GONZALEZ, ROB HEY, GREG JOHNSTON, DAVID MCBRIDE, PHYLLIS MOREY, CLIFF PARKER, ARVETTA POWELL, CHARLES RATELIFF, DAVE REIFF, DAVID SCOGIN, DONNA SPRADLIN, J.P. SUAREZ, JENIFER TERRELL, KEVIN TURNER, ERIN WEITZEL, JEREMY WILSON, JIMMY WRIGHT, and JOHN AND JANE DOES 1-10,<br>         Defendants. | No. 08-03109-GAF<br><br>**CLASS ACTION**<br><br>**JOINT MOTION FOR STAY** |

The parties in this matter hereby notify the Court that they are engaged in mediation, and therefore jointly move the Court for a STAY of this action for forty-five (45) days, including a stay of all pending Motions to Dismiss (Dkt. Nos. 156 and 158), all discovery, and all deadlines and other matters set forth in the Court's Amended Scheduling and Trial Order (Dkt. No. 112), as well as all modifications thereto (Dkt. Nos. 140, 166, 168, 176, and 188).  The parties further propose that they provide a status report to the Court on or before the date on which the requested 45-day stay expires.  A Proposed Order is filed herewith.

Respectfully submitted this 9th day of March, 2011.

| STEPTOE & JOHNSON LLP | KELLER ROHRBACK L.L.P. |
|---|---|
| s/ Paul J. Ondrasik *(with telephone permission)* | s/ Derek W. Loeser |
| Paul J. Ondrasik, Jr. | Lynn Lincoln Sarko |
| Morgan D. Hodgson | Michael Woerner |
| Eric G. Serron | Derek W. Loeser |
| 1330 Connecticut Avenue, N.W. | Gretchen Freeman Cappio |
| Washington, D.C. 20036 | Gretchen S. Obrist |
| Phone: (202) 429-3000 | 1201 Third Avenue, Suite 3200 |
| Fax: (202) 429-3902 | Seattle, WA  98101-3052 |
| pondrasik@steptoe.com | Phone:  (206) 623-1900 |
| mhodgson@steptoe.com | Fax:  (206) 623-3384 |
| eserron@steptoe.com | lsarko@kellerrohrback.com |
|  | mwoerner@kellerrohrback.com |
| SHOOK, HARDY & BACON, LLP | dloeser@kellerrohrback.com |
| William C. Martucci, MO #28237 | gcappio@kellerrohrback.com |
| Kristen A. Page | gobrist@kellerrohrback.com |
| Katherine R. Sinatra, MO #51181 |  |
| 2555 Grant Boulevard | ALESHIRE ROBB P.C. |
| Kansas City, MO 64108 | Gregory W. Aleshire, MO #38691 |
| Phone: (816) 474-6550 | William R. Robb, MO #43322 |
| Fax: (816) 421-5547 | 2847 S. Ingram Mill Rd., Suite A-102 |
| wmartucci@shb.com | Springfield, MO 65804 |
| kpage@shb.com | Phone:  (417) 869-3737 |
| ksinatra@shb.com | Fax:  (417) 869-5678 |
|  | arslaw@arslaw.com |
| ***Attorneys for the Walmart Defendants*** |  |
|  | ***Attorneys for Plaintiff*** |

O'MELVENY & MYERS LLP

s/ Robert N. Eccles *(with telephone permission)*
Robert N. Eccles
Gary S. Tell
Shannon M. Barrett
1625 Eye Street, N.W.
Washington, D.C. 20006
Phone: (202) 383-5300
Fax: (202) 383-5414
BEccles@OMM.com
GTell@OMM.com
SBarrett@OMM.com

LATHROP & GAGE L.C.
Richard N. Bien, MO #31398
2345 Grand Boulevard, Ste. 2800
Kansas City, Missouri 64108-2684
Tel.: (816) 292-2000
Fax: (816) 292-2001
rbien@lathropgage.com

*Attorneys for the Merrill Lynch Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on March 9th, 2011, I electronically filed the foregoing **JOINT MOTION FOR STAY** with the Clerk of the Court using the CM/ECF system, which will automatically send a notice of electronic filing to all persons registered for ECF as of that date.

*/s/Gretchen S. Obrist*
Gretchen S. Obrist
Keller Rohrback L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel: (206) 623-1900