UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| JEREMY BRADEN, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>WAL-MART STORES, INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INC., MERRILL LYNCH TRUST COMPANY OF AMERICA, MERRILL LYNCH & CO. INC., JAMES W. BREYER, JOHN A. COOPER, JR., STANLEY C. GAULT, FREDERICK S. HUMPHRIES, DAWN G. LEPORE, ELIZABETH A. (BETSY) SANDERS, DONALD G. SODERQUIST, JOSE H. VILLARREAL, JOHN T. WALTON, STEPHEN R. HUNTER, DEBBIE DAVIS CAMPBELL, JEFF AMOS, BILL AYERS, TERRI BERTSCHY, ELIZABETH BRANIGAN-EVANS, FRED DISCH, LARRY DUFF, SAM DUNN, DON ETHEREDGE, ROBIN FORBIS, SHARON GARMON, ERIN GONZALEZ, ROB HEY, GREG JOHNSTON, DAVID MCBRIDE, PHYLLIS MOREY, CLIFF PARKER, ARVETTA POWELL, CHARLES RATELIFF, DAVE REIFF, DAVID SCOGIN, DONNA SPRADLIN, J.P. SUAREZ, JENIFER TERRELL, KEVIN TURNER, ERIN WEITZEL, JEREMY WILSON, JIMMY WRIGHT, and JOHN AND JANE DOES 1-10,<br>        Defendants. | No. 08-03109-GAF<br><br>**<u>CLASS ACTION</u>**<br><br>**ORDER GRANTING JOINT MOTION FOR STAY** |

This matter comes before the Court on the Joint Motion of Plaintiff and Defendants to STAY this action for forty-five (45) days, including a stay of all pending Motions to Dismiss (Dkt. Nos. 156 and 158), all discovery, and all deadlines and other matters set forth in the Court's Amended Scheduling and Trial Order (Dkt. No. 112), as well as all modifications thereto (Dkt. Nos. 140, 166, 168, 176, and 188). After due deliberation thereon and good cause being shown, the Motion is hereby **GRANTED**.

**IT IS THEREFORE ORDERED** that this matter be STAYED for forty-five (45) days, including a stay of all pending Motions to Dismiss (Dkt. Nos. 156 and 158), all discovery, and all deadlines and other matters set forth in the Court's Amended Scheduling and Trial Order (Dkt. No. 112), as well as all modifications thereto (Dkt. Nos. 140, 166, 168, 176, and 188).

                                              s/ Gary A. Fenner
                                              Gary A. Fenner, Judge
                                              United States District Court

DATED: March 10, 2011