IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| JEREMY BRADEN, individually and on behalf of all others similarly situated, | Case No. 6:08-cv-3109-GAF |
| Plaintiff; | Hon. Gary A. Fenner |
| v. | |
| WAL-MART STORES, INC., et al., | |
| Defendants. | |

**ORDER GRANTING JOINT MOTION FOR STAY**

This matter comes before the Court on the Joint Motion of Plaintiff and Defendants to STAY of this action until and including Thursday, September 8, 2011, including a stay of all pending Motions to Dismiss (Dkt. Nos. 156 and 158), all discovery, and all deadlines and other matters set forth in the Court's Amended Scheduling and Trial Order (Dkt. No. 112), as well as all modifications thereto (Dkt. Nos. 140, 166, 168, 176, and 188). After due deliberation thereon and good cause being shown, the Motion is hereby **GRANTED**.

**IT IS THEREFORE ORDERED** that this matter be STAYED until and including Thursday, September 8, 2011, including a stay of all pending Motions to Dismiss (Dkt. Nos. 156 and 158), all discovery, and all deadlines and other matters set forth in the Court's Amended Scheduling and Trial Order (Dkt. No. 112), as well as all modifications thereto (Dkt. Nos. 140, 166, 168, 176, and 188).

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: September 2, 2011