IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| JEREMY BRADEN, individually and on behalf of all others similarly situated, | ) ) ) | Case No. 6:08-cv-3109-GAF |
| Plaintiff, | ) ) | Hon. Gary A. Fenner |
| v. | ) ) | CLASS ACTION |
| WAL-MART STORES, INC., et al., | ) ) ) | |
| Defendants. | ) | |

**NAMED PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, CERTIFICATION OF SETTLEMENT CLASS, APPROVAL OF FORMS AND METHODS OF NOTICE, APPROVAL OF THE PLAN OF ALLOCATION, AND ENTRY OF FINAL ORDER AND JUDGMENT**

COMES NOW Named Plaintiff Jeremy Braden, by and through his counsel of record, pursuant to Fed. R. Civ. P. 23, the requirements of due process, this Court's Order Preliminarily Approving Class Action Settlement, Conditionally Certifying Settlement Class, Directing Distribution of Class Notice, Appointing Class Counsel and Class Representative, and Setting Hearing for Final Approval of Class Action Settlement (Dkt. No. 231), dated December 5, 2011, and upon the accompanying Suggestions, declaration, and exhibits, and moves this Court on March 7, 2012 at 9 a.m. in the Courtroom of the Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri, Courtroom 8A, Charles Evans Whittaker Courthouse, 400 East 9th Street, Kansas City, Missouri 64106, or other such location and time as set by the Court for an Order:

1. granting final approval of the Settlement of this litigation;

2. certifying the proposed Settlement Class under Fed. R. Civ. P. 23(b)(1)(A) and (B);

3. determining that the forms and methods of notice to the Settlement Class were appropriate and sufficient;

4. approving the proposed Plan of Allocation; and

5. entering a Final Order and Judgment.

The [Proposed] Order and Final Judgment and Plan of Allocation are submitted herewith.

RESPECTFULLY SUBMITTED this 3rd day of February, 2012.

KELLER ROHRBACK L.L.P.

/s/ Lynn Lincoln Sarko
Lynn Lincoln Sarko (*pro hac vice*)
Michael Woerner (*pro hac vice*)
Derek W. Loeser (*pro hac vice*)
Gretchen Freeman Cappio (*pro hac vice*)
Gretchen S. Obrist (*pro hac vice*)
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Phone: (206) 623-1900
Fax: (206) 623-3384
lsarko@kellerrohrback.com
mwoerner@kellerrohrback.com
dloeser@kellerrohrback.com
gcappio@kellerrohrback.com
gobrist@kellerrohrback.com

ALESHIRE ROBB P.C.
Gregory W. Aleshire, MO #38691
William R. Robb, MO #43322
2847 S. Ingram Mill Rd., Suite A-102
Springfield, MO 65804
Phone: (417) 869-3737
Fax: (417) 869-5678
arslaw@arslaw.com

EDWARD H. SIEDLE LAW OFFICES
Edward H. Siedle (*pro hac vice*)
79 Island Dr., South
Ocean Ridge, FL 33435
Telephone: (561) 202-0919
esiedle@aol.com

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following: Paul Ondrasik, Morgan D. Hodgson, Eric Serron, Katherine R. Sinatra, William C. Martucci, Richard N. Bien, James Moloney, Robyn L. Anderson, Shannon Barrett, Kristen A. Page, William R. Robb, Edward H. Siedle and Robert N. Eccles.

There are no non CM/ECF participants.

DATED this 3rd day of February, 2012.

/s/ Lynn Lincoln Sarko
Lynn Lincoln Sarko
