IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
KANSAS CITY DIVISION

| | | |
|---|---|---|
| JEREMY BRADEN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Date: 3/7/12 |
| | ) | |
| vs. | ) | Case No. 08-3109-CV-S-GAF |
| | ) | |
| WAL-MART STORES, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MINUTES OF HEARING

HONORABLE Gary A. Fenner presiding at Kansas City, Missouri.
=====================================================================
Nature of Proceeding: Settlement Hearing
Time Commenced:    9:00 a.m.                               Time Terminated: 10:00 a.m.
Plaintiff by:   Gretchen Obrist                            Defendant by:   Colin Gotham - obj.
                Lynn Sarko                                                 Robert Eccles
                Gregory Aleshire                                           William Martucci
                                                                           Ross Higman
                                                                           Morgan Hodgson
                                                                           Paul Ondrasik

| **Remarks:** | **Witness Testifying** |
|---|---|
| Court in session at 9:00 a.m.   Court takes up Motion for Approval of Class Action Settlement and Motion for Attorney's Fees .  Court hears argument from the parties.   Court orally grants Motion for Approval of Class Action Settlement and Motion for Attorney's Fees. Written order to be issued.   Court in recess at 10:00 a.m. | |

Court Reporter: Kathy Calvert                    By:   Tracy Diefenbach, Courtroom Deputy